■ In the Matter of Anthony B. Cataldo, Appellant, v Donald B. Allen et al., Respondents.—Appeal from order, Supreme Court, New York County (David Saxe, J.), entered on or about January 4, 1983, unanimously dismissed as moot, without costs and without disbursements, and the appeal from the order of said court, entered on February 15, 1983, unanimously dismissed as nonappealable, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Sullivan, Fein, Kassal and Rosenberger, JJ.

■ In the Matter of Hyman Raffe et al., Individually and on Behalf of Puccini Clothes, Ltd., Appellants, v Robert Abrams, as Attorney-General of the State of New York, Respondent. (Proceeding No. 1.) In the Matter of Jerome H. Barr et al., Respondents, For the Dissolution of Puccini Clothes, Ltd. Hyman Raffe, Appellant. (Proceeding No. 2.)— Motion, insofar as it seeks leave to intervene, denied as academic, and insofar as it seeks to disqualify this court, the motion is denied, and the order and judgment (one paper), Supreme Court, New York County (David Saxe, J.), entered on March 6, 1985 and the order of said court entered on or about July 13, 1984 are unanimously affirmed. Respondents shall recover of appellants one bill of $75 costs and disbursements of these appeals. It is further unanimously ordered that the appeals taken by Hyman Raffe in proceeding No. 1 and proceeding No. 2 are withdrawn in accordance with the stipulation of the parties dated October 3, 1985. No opinion. Concur —Kupferman, J. P., Sullivan, Fein, Kassal and Rosenberger, JJ.

■ The People of the State of New York, Respondent, v German Morales, Appellant.—Judgment, Supreme Court, New York County (Joan Carey, J.), rendered on May 16, 1983, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Ross, Carro and Rosenberger, JJ.

■ The People of the State of New York, Respondent, v Forise Bowling, Appellant.—Judgment, Supreme Court, New York County (John Bradley, J.), rendered on September 29, 1983, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned